# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

149631-3

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

GLENN S. MORRIS,
   Plaintiff-Appellee,

v

MORRIS, SCHNOOR & GREMEL, INC.,
CHARRON & HANISCH, P.L.C., and
DAVID W. CHARRON,
   Defendants,

and

NEW YORK PRIVATE INSURANCE
AGENCY, L.L.C.,
   Appellant.

SC:  149631
COA:  315007
Kent CC:  09-001878-CB

_____/

MORRIS, SCHNOOR & GREMEL,
PROPERTIES, L.L.C.,
   Plaintiff-Appellee,

v

MORRIS, SCHNOOR & GREMEL, INC.,
DAVID W. CHARRON, and CHARRON
& HANISCH, P.L.C.,
   Defendants,

and

NEW YORK PRIVATE INSURANCE
AGENCY, L.L.C.,
   Appellant.

SC:  149632
COA:  315702
Kent CC:  09-011842-CB

_____/

GLENN S. MORRIS,
   Plaintiff-Appellee,

v

               SC:  149633
               COA:  315742
               Kent CC:  09-001878-CB

MORRIS, SCHNOOR & GREMEL, INC.,
DAVID W. CHARRON, and CHARRON
& HANISCH, P.L.C.,
    Defendants,

and

NEW YORK PRIVATE INSURANCE
AGENCY, L.L.C.,
    Appellant.

_____/

   On order of the Court, the application for leave to appeal the May 29, 2014 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.302(H)(1).  The parties shall file supplemental briefs within 42 days of the date of this order.  They should not submit mere restatements of their application papers.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015         

p0325               Clerk